UNITED STATES DISTRICT COURT
MIDDLE DISTRICTOF FLORIDA
ORLANDO, FLORIDA

ANTON STEPHEN WYCKLENDT,              CASE NO.: 6:09-CV-1775-ORL-28KRS

       Plaintiff,

v.

SUPERIOR ASSET MANAGMENT,
INC.,

       Defendant.
_____/

## NOTICE OF SETTLEMENT

The Defendant, Superior Asset Management, Inc., by and through its undersigned counsel, and hereby notifies the Court that a compromise settlement has been reached between the parties and that they anticipate the filing of a Joint Dismissal With Prejudice of the said claims in the above-captioned suit.

Respectfully submitted this 22nd day of December, 2009.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **December 22, 2009**, via the Court Clerk's CM/ECF system

which will provide notice to the following:

    Law Offices of J. David Davilla, P.A.
    c/o J. David Davila, Esq.
    801 International Parkway 5th Floor
    Lake Mary, FL  32746.
    david@davilalawoffices.com

/s/ Ernest H. Kohlmyer
Ernest "Skip" H. Kohlmyer, Esquire
Florida Bar No.: 0110108
Bell, Roper & Kohlmyer, P.A.
2707 E. Jefferson Street
Orlando, FL  32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Attorney for Defendant