# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANTON STEPHEN WYCKLENDT,**

       **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No. 6:09-cv-1775-Orl-28KRS**

**SUPERIOR ASSET MANAGEMENT, INC.,**

       **Defendant.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Notice of Voluntary Dismissal with Prejudice (Doc. No. 15), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, with each party to bear its own fees and costs. All pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 5th day of February, 2010.

_/s/ John Antoon II_
JOHN ANTOON II
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party